UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JENNIFER MCMANNIS CAUDILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> US BANK TRUST NATIONAL ASSN., et al., <br><br> Defendants. | No. 1:21-CV-109-H-BU |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on January 19, 2022. Dkt. No. 23. Judge Parker recommends that the Court grant the defendants' motion for summary judgment (Dkt. No. 20) and that the plaintiffs' suit be dismissed with prejudice. The plaintiffs never responded to the defendants' motion. Similarly, no objections to Judge Parker's FCR were filed, so the Court reviewed it only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). Having found none, the Court accepts and adopts the FCR (Dkt. No. 23). The defendants' motion for summary judgment (Dkt. No. 20) is granted. A separate judgment will issue.

So ordered on March 30, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE